|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

PEGGY RED, et al.,
    Plaintiff

vs

COUNTY OF MERCED, et al.,

    Defendant

**NEW CASE NO.   1:06-cv-01003-GSA**

ORDER ASSIGNING CASE
RE PRESIDING JUDGE

Old Case No.  1:06-cv-01003-AWI-GSA

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action. Plaintiffs filed their consent on April 14, 2008 and Defendants filed their consent on March 7, 2008 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:
# 1:06-cv-01003-GSA

IT IS SO ORDERED.

**Dated:   April 15, 2008**　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE